Ahren A. Tiller Esq. [SBN: 250608]
BLC Law Center, APC
1230 Columbia St., Ste 1100
San Diego, CA 92101
Phone: (619) 894-8831
Facsimile: (866) 444-7026
Email: Ahren.Tiller@blc-sd.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CINDY DELISLE and ROBERT DOUGHERTY, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>SPEEDY CASH,<br><br>Defendant, | Case No.: 3:18-cv-02042-GPC-RBB<br><br>**DECLARATION OF CINDY DELISLE IN SUPPORT OF PLAINTIFF'S RESPONSE IN OPPOSITION TO MOTION TO COMPEL ARBITRATION AND STAY PROCEEDINGS FILED BY DEFENDANT SPEEDY CASH**<br><br>Date:   January 18, 2019<br>Time:   1:30pm<br>Ctrm:   2D<br><br>Honorable Gonzalo P. Curiel |

## DECLARATION OF CINDY DELISLE

I, CINDY DELISLE, hereby declare:

1. I am one of the two named plaintiffs in this above-captioned class action against Speedy Cash ("Defendant" or "Speedy Cash"). If called as a witness, I would competently testify to the matters herein from personal knowledge, except as to those matters that I state upon information and belief.

2. I am filing this declaration in support of Plaintiffs' Response in Opposition to Motion to Compel Arbitration and Stay Proceedings that was filed by Defendant.

3. I signed the loan agreement at issue in this case in July of 2018, while at a Speedy Cash location in El Cajon, California.

4. I did not have an opportunity to negotiate any of the terms of that loan agreement, including the arbitration agreement. The terms of the agreement were presented to me as part of what appeared to be a standard form for me to sign.

5. Throughout the year of 2017, I lived in the state of California, where I currently reside.

6. Speedy Cash, the Defendant in this case heavily advertises their loan products in California. Prior to entering the loan agreement at issue, I viewed multiple advertisements for their loan products while residing in California.

7. A search of Speedy Cash's own publicly available website: www.speedycash.com/find-a-store reflects that Speedy Cash has 36 separate locations in Southern California alone. Whereas, in the State of Kansas, Speedy Cash has only 10 branches.

8. On December 28, 2018, I reviewed Speedy Cash's website. Speedy Cash is currently and continues to advertise on their publicly available website, loans for $2,600 with interest rates at approximately 132%. A true and correct copy of an excerpt of a webpage located on Speedy Cash's Website providing loan terms for California loans in excess of $2,500, with a web address of: www.speedycash.com/rates-and-terms/california is attached to this Declaration and marked for identification purposes as "Exhibit 1."

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 28, 2018, pursuant to the laws of the United States.

By: *Cindy Delisle* (signature)
Cindy Delisle

- 1 -

*Delisle v. Speedy Cash, et. al., - Declaration of Cindy Delisle*

# EXHIBIT 1



 > Rates and Terms  > California

# California Rates & Terms

 Online Installment Loans

 Online Payday Loans

 In Store Rates & Terms

California Speedy Cash loan agreements are governed by the State of California.

## View example finance charges.

Monthly ▼

| | |
|---|---|
| **Advance Amount:** (The amount of credit provided to you or on your behalf) | $2,600 |
| **Number of Payments:** | 42 |
| **Payment Amount:** | 41 payments of $281.03 1 payment of $283.67 |
| **Finance Charge:** (The dollar amount the credit will cost you) | $9,205.90 |
| **Total of Payments:** (The amount you will have paid after you have made all payments as scheduled) | $11,805.90 |
| **Loan Origination Fee:** | $75 |
| **Late Fee:** | None |
| **Early Payoff Fee:** | None |
| **APR**:** | 132.01% |

**Annual Percentage Rate: The APR is the total cost of your loan expressed as a yearly rate. The above APR is based on example loan terms of 42 installments due over 42 months.

Example of a Monthly Payment Schedule
Example Loan Amount: $2,600
Example Loan Start Date: 3/13/2017

| Number of Payments | Payment Amount | Payment Due Date |
|---|---|---|
| 1 | $281.03 | 04/03/2017 |
| 2 | $281.03 | 05/03/2017 |
| 3 | $281.03 | 06/03/2017 |
| 4 | $281.03 | 07/03/2017 |
| See More ▼ | | |

