

Ahren A. Tiller Esq. [SBN: 250608]
BLC Law Center, APC
1230 Columbia St., Ste 1100
San Diego, CA 92101
Phone: (619) 894-8831
Facsimile: (866) 444-7026
Email: Ahren.Tiller@blc-sd.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

CINDY DELISLE and ROBERT
DOUGHERTY, Individually and On
Behalf of All Others Similarly Situated,

Plaintiff,

vs.

SPEEDY CASH,

Defendant,

Case No.: 3:18-cv-02042-GPC-RBB

**DECLARATION OF ROBERTY
DOUGHERTY IN SUPPORT OF
PLAINTIFF'S RESPONSE IN
OPPOSITION TO MOTION TO
COMPEL ARBITRATION AND
STAY PROCEEDINGS FILED BY
DEFENDANT SPEEDY CASH**

Date: January 18, 2019
Time: 1:30pm
Ctrm: 2D

Honorable Gonzalo P. Curiel

## DECLARATION OF ROBERT DOUGHERTY

I, ROBERTY DOUGHERTY, declare:

1. I am one of the two named plaintiffs in this above-captioned class action against Speedy Cash ("Defendant" or "Speedy Cash"). If called as a witness, I would competently testify to the matters herein from personal knowledge, except at to those matters that I state upon information and belief.

2. I am filing this declaration in support of Plaintiffs' Response in Opposition to Motion to Compel Arbitration and Stay Proceedings that was filed by Defendant.

3. I signed the loan agreement at issue in this case in October of 2017, while at a Speedy Cash location in Montclair, California.

4. I did not have an opportunity to negotiate any of the terms of that loan agreement, including the arbitration agreement. The terms of the agreement were presented to me as part of what appeared to be a standard form for me to sign.

5. Throughout the year 2017, I lived in the state of California, where I currently reside.

I declare under penalty of perjury that the foregoing is true and correct. Executed on December 3, 2018, pursuant to the laws of the United States.

By: _____

Robert Dougherty

- 1 -

*Delisle v. Speedy Cash, et. al., - Declaration of Robert Dougherty*