# EXHIBIT A

Gale, Paul L.

**From:** Gale, Paul L.
**Sent:** Wednesday, June 26, 2019 5:24 PM
**To:** 'Jason Ibey'
**Cc:** Ahren Tiller; Abbas Kazerounian; Brett Bodie; Joshua B. Swigart; Manley, Jim; Mann, Lindsey B.; Smith, William (Alex); Nicholas Barthel
**Subject:** RE: Delisle, Cindy v. Speedy Cash, 3:18-cv-02042-GPC-RBB

Jason: We understand. We will reach out to the Magistrate Judge's research attorney and advise of the status of the situation and of our request for a continuance of the ENE.

**Paul L. Gale**
troutman sanders
Direct: 949.622.2704
paul.gale@troutman.com


**From:** Jason Ibey <jason@kazlg.com>
**Sent:** Wednesday, June 26, 2019 4:58 PM
**To:** Gale, Paul L. <Paul.Gale@troutman.com>
**Cc:** Ahren Tiller <ahren.tiller@blc-sd.com>; Abbas Kazerounian <ak@kazlg.com>; Brett Bodie <brett.bodie@blc-sd.com>; Joshua B. Swigart <josh@westcoastlitigation.com>; Manley, Jim <Jim.Manley@troutman.com>; Mann, Lindsey B. <lindsey.mann@troutman.com>; Smith, William (Alex) <alex.smith@troutman.com>; Nicholas Barthel <nicholas@kazlg.com>
**Subject:** Re: Delisle, Cindy v. Speedy Cash, 3:18-cv-02042-GPC-RBB

**EXTERNAL SENDER**

Paul, because we are not able to act as concerning Robert's claims until the successor in interest is substituted in, I again believe that we cannot take a position either way. We are of course not trying to be difficult, but it is a delicate situation.

On Wed, Jun 26, 2019 at 4:53 PM Gale, Paul L. <Paul.Gale@troutman.com> wrote:

Jason: Thank you for your email. Since you presently are not able to act on behalf of the estate of Mr. Dougherty, that would seem to have an impact on the scheduled ENE as well. As a practical matter, it seems that a continuance of the ENE until after the district court rules on our motion for a stay makes sense for all concerned. Do you have a position on that?


**Paul L. Gale**
troutman sanders
Direct: 949.622.2704
paul.gale@troutman.com

1

**From:** Jason Ibey <jason@kazlg.com>
**Sent:** Wednesday, June 26, 2019 4:36 PM
**To:** Gale, Paul L. <Paul.Gale@troutman.com>
**Cc:** Ahren Tiller <ahren.tiller@blc-sd.com>; Abbas Kazerounian <ak@kazlg.com>; Brett Bodie <brett.bodie@blc-sd.com>; Joshua B. Swigart <josh@westcoastlitigation.com>; Manley, Jim <Jim.Manley@troutman.com>; Mann, Lindsey B. <lindsey.mann@troutman.com>; Smith, William (Alex) <alex.smith@troutman.com>; Nicholas Barthel <nicholas@kazlg.com>
**Subject:** Re: Delisle, Cindy v. Speedy Cash, 3:18-cv-02042-GPC-RBB

**EXTERNAL SENDER**

Paul,

We have considered your request for a stay, but in light of the passing of Robert Dougherty, we believe that we are unable to agree to a stipulation. Specifically, we are not able to act on behalf of the estate of Mr. Dougherty, at least at present. Once a motion for substitution (if any) by the successor in interest is filed, we could then revisit your request.

Sincerely,

Jason

On Mon, Jun 24, 2019 at 5:04 PM Jason Ibey <jason@kazlg.com> wrote:

Paul,

While we consider your email and get back to you.

Please also see the attached suggestion of death of Mr. Robert Dougherty that was filed with the Court today. A physical copy will follow by U.S. Mail.

Sincerely,

Jason

On Mon, Jun 24, 2019 at 4:52 PM Gale, Paul L. <Paul.Gale@troutman.com> wrote:

2

Dear Counsel: After careful consideration, Speedy Cash has decided to appeal the Court's June 10, 2019 order denying its motion to compel arbitration. In conjunction with the filing of the notice of appeal, Speedy Cash will be filing a motion to stay all district court proceedings pending final resolution of the appeal.

The purpose of this email is twofold. First, would you be willing to stipulate to a continuance of the ENE until after the district court has ruled on our motion to stay, and we will thereafter revisit scheduling depending on the ruling? Second, would you agree to not oppose Speedy Cash's motion to stay pending final disposition of the appeal?

We look forward to hearing from you.

**Paul L. Gale**
**troutman sanders**
Direct: 949.622.2704
paul.gale@troutman.com


**From:** Ahren Tiller <ahren.tiller@blc-sd.com>
**Sent:** Wednesday, September 19, 2018 9:35 AM
**To:** Gale, Paul L. <Paul.Gale@troutman.com>
**Cc:** Abbas Kazerounian <ak@kazlg.com>; Brett Bodie <brett.bodie@blc-sd.com>; Jason Ibey <jason@kazlg.com>; Joshua B. Swigart <josh@westcoastlitigation.com>; Manley, Jim <Jim.Manley@troutman.com>; Mann, Lindsey B. <lindsey.mann@troutman.com>; Smith, William (Alex) <alex.smith@troutman.com>
**Subject:** Re: Delisle, Cindy v. Speedy Cash, 3:18-cv-02042-GPC-RBB


That looks fine.


You have my permission to file with my electronic /s/ signature.


Thank you.


On Wed, Sep 19, 2018 at 9:32 AM Gale, Paul L. <Paul.Gale@troutman.com> wrote:

Ahren: Attached are drafts of the joint motion and proposed order for your consideration.

**Paul L. Gale**
**troutman sanders**
Direct: 949.622.2704
paul.gale@troutman.com

☐ · · · · · · · · · · · · · · · · · · · · · · · · · · ☐ -